FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-3620
_____

MICHAEL R. JAFFE,

Appellant,

v.

MARVIN BAILEY, Administrator,
and NORTHEAST FLORIDA STATE
HOSPITAL, Facility Respondent,

Appellees.

_____

On appeal from the Circuit Court for Baker County.
Stanley H. Griffis, III, Judge.

June 26, 2019

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael R. Jaffe, pro se, Appellant.

No appearance for Appellees.